**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 97-10300**
_____

**DAVID R. CALLAWAY,**

**Plaintiff-Appellant,**

**versus**

**NATIONAL CONVENIENCE STORE CORPORATION,**

**Defendant-Appellee.**

_____

**Appeal from the United States District Court**
**for the Northern District of Texas**
**(4:96-CV-133-A)**
_____

July 7, 1997

Before SMITH, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM[*]:

David Callaway appeals, _pro se_, the summary judgment dismissing his claims against National Convenience Store Corporation for age discrimination, negligence, tortious interference with contractual relations, retaliation, defamation, violation of constitutional rights, and breach of implied contract.

Pursuant to our requisite _de novo_ review for a summary judgment, we affirm for essentially the reasons stated in the comprehensive opinion of the district court. _See_ **Callaway v.**

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*National Convenience Store Corporation*, No. 4:96-CV-133-A (N.D. Tex. Feb. 24, 1997).

**AFFIRMED**